NUMBERS

13-05-064-CV

13-05-663-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

DONALD STREICH,                                                  Appellant,

 

                                           v.

 

VALLEY
BAPTIST MEDICAL CENTER, INDIVIDUALLY, 

AND D/B/A WATSON W. WISE DIALYSIS CENTER,         Appellee.

___________________________________________________________________

 

                 On appeal from the 197th
 District Court

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez
and Justices Hinojosa and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, DONALD
STREICH, perfected an appeal from a judgment entered by the 197th
District Court of Cameron County, Texas, in cause number 2002-04-1455-C.  After the
record and briefs had been filed, appellant filed a motion to dismiss the
appeal as to appellee, VALLEY BAPTIST MEDICAL CENTER, INDIVIDIUALLY,
AND D/B/A WATSON W. WISE DIALYSIS CENTER (AValley Baptist Medical Center@).  Appellant states that he has decided not to
pursue an appeal with regard to Valley Baptist Medical Center.  Appellant requests that the appeal against
Valley Baptist Medical Center be severed, and that the severed appeal be
dismissed.   Appellant=s appeal against
appellee, VALLEY BAPTIST MEDICAL CENTER, is severed from the original appeal
and is docketed under cause number 13-05-663-CV.

Having considered
appellant=s motion to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motion should be granted.  The motion to
dismiss appellant=s appeal against
appellee, VALLEY BAPTIST MEDICAL CENTER, 
is hereby granted.  The appeal
against appellee, VALLEY BAPTIST MEDICAL CENTER,  in cause number 13-05-663-CV is ordered
DISMISSED.    The remaining issues in the appeal will remain docketed under cause
number 13-05-064-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 10th day of November,
2005.